**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

CIVIL ACTION NO.  3:13-CV-1241-JHM

**ROGER D. CARTER**
**EDDIE DEAN HEWITT**
**DAVID WAYNE WARREN**
**RICKY LYNN WOODS**
and a class of others similarly situated                                    PLAINTIFFS


v.


**ARKEMA, INC., et al.**                                                    DEFENDANTS


*       *       *       *       *       *       *

**<u>AGREED ORDER</u>**
**<u>REGARDING INCENTIVE FEE AWARDS</u>**
**<u>AND ATTORNEY FEE AWARD</u>**

The parties having agreed hereto through their undersigned counsel of record, and it

meeting the approval of the Court, IT IS HEREBY ORDERED as follows, regarding the pending

Motion for Incentive Award to the Individual Plaintiffs (DN 126), and the pending Motion for

Award of Attorney Fees (DN 124), filed by the Plaintiffs:

1.  Regarding the pending Motion for Incentive Award, the parties hereby stipulate and

agree that each of the four individual Plaintiffs are hereby awarded an incentive fee in the

amount of $7,500, payable by the Defendant, Arkema, Inc. Retirement Benefits Plan.

2.  Regarding the pending Motion for Award of Attorney Fees, the parties stipulate and

agree that the Plaintiffs are hereby awarded the total amount of $150,000 for attorney fees and

expert witness fees, for attorney and expert witness services through May 3, 2019.

3.  Plaintiffs reserve the right to request additional fees for work performed after the date of May 3, 2019, in this case.  Any such award shall cover only services provided after May 3, 2019.

4.  Defendants reserve the right to seek modification of the $150,000 fee award and the incentive award, should the judgment in this matter be reversed in whole or in part on appeal. Any such modification shall be based on reversal of issues or claims, and not on the hourly rate value of counsel for Plaintiffs or of Plaintiffs' expert witness services.  However, Defendants shall not be prohibited from opposing any aspect of a future motion for award of attorney fees for services provided after May 3, 2019.

Pursuant to paragraph II.7 of the Final Judgment herein (DN 123), entry of this Order shall cause that judgment to become final and appealable upon the date of this Order's entry.

Joseph H. McKinley Jr., Senior Judge
United States District Court

June 25, 2019

HEREBY AGREE HERETO:

s/David Leightty
David Leightty
Alison Messex
Priddy, Cutler, Naake & Meade, PLLC
2303 River Road, Suite 300
Louisville, KY 40206
COUNSEL FOR PLAINTIFFS

s/Matthew V. DelDuca
Pepper Hamilton LLP
301 Carnegie Center, Ste. 400
Princeton, NJ 08543-5276

Bart L. Greenwald
Duncan Galloway Egan Greenwald PLLF
9750 Ormsby Station Road, Ste. 210
Louisville, KY 40223
COUNSEL FOR DEFENDANTS